IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| W.S. INTERNATIONAL, LLC,<br>Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 11-3014 |
| M. SIMON ZOOK COMPANY,<br>d/b/a The Zook Molasses Company,<br>et al.,<br>Defendants | : | |

**FILED**
MAY 12 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW, this 12th day of May, 2011, upon consideration of the plaintiff's motion for a Temporary Restraining Order (Document #2), its supplemental memorandum (Document #4), the defendants' response thereto (Document #6), the plaintiff's response, and after a hearing on the motion with all parties present, it is hereby ORDERED that:

(1) A Temporary Restraining Order shall issue immediately.

(2) The defendants are enjoined and restrained, directly or indirectly, and whether alone or in concert with others, until further Order of this court from preventing the plaintiff from accessing, removing, and taking possession of its property located at the defendants' Leola facility.

(3) This Order shall remain in full force and effect until such time as this court specifically orders otherwise.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.