IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| W.S. INTERNATIONAL, LLC, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO 11-3014 |
| | : | |
| M. SIMON ZOOK, CO. d/b/a | : | |
| THE ZOOK MOLASSES CO., et al, | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this 28th day of January, 2013, upon consideration of the plaintiff's renewed motion for leave to file a second amended complaint (Document #61), the defendants' response (Document #71), and the plaintiff's reply (Document #78), IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk of Court is directed to file the proposed second amended complaint attached to the motion as Exhibit A.

**FURTHERMORE,** upon consideration of the plaintiff's renewed motion to transfer this action to the U.S. District Court for the Northern District of Illinois (Document #62), the defendants' response (Document #70), and the plaintiff's reply (Document #76), IT IS FURTHER ORDERED that this case is TRANSFERRED to the U.S. District Court for the Northern District of Illinois. The Clerk of Court is directed to send all of the original documents in this case to that district, and to mark this case CLOSED for statistical purposes here.

**FINALLY,** upon consideration of the plaintiff's renewed motion to vacate (Document #63), the defendants' response (Document #69), and the plaintiff's reply (Document #80), IT IS FURTHER ORDERED that the motion is DENIED without prejudice.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.