IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| W.S. INTERNATIONAL, LLC, | : | CIVIL ACTION |
|     **Plaintiff** | : | |
| | : | |
| vs. | : | NO 11-3014 |
| | : | |
| M. SIMON ZOOK, CO. d/b/a | : | |
| THE ZOOK MOLASSES CO., et al, | : | |
|     **Defendants** | : | |

# **O R D E R**

**AND NOW,** this 20th day of February, 2013, upon consideration of the defendants' motion for reconsideration (Document #84), and the plaintiff's response (Document #85), IT IS HEREBY ORDERED that the motion is DENIED.

**FURTHERMORE,** upon consideration of the defendants' motion to stay the transfer of this action (Document #86), and the plaintiff's response (Document #87), IT IS FURTHER ORDERED that the motion is DENIED as moot.

                                                  BY THE COURT:

                                                /s/ Lawrence F. Stengel
                                                LAWRENCE F. STENGEL, J.